FILED OFFICE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff,                   CIVIL ACTION
                                  NO.:

v.

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION
and THE TOWN OF PROVINCETOWN,

# 05 - 11039 EFH

    Defendant.

_____/

### MOTION FOR THE ADMISSION *PRO HAC VICE* OF ROSEMARY H. HAYES AND TINA L. CARABALLO AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.5.3, the undersigned counsel, David G. Hanrahan, a member of good standing of the bar of the United States District Court for the District of Massachusetts, moves that Rosemary H. Hayes, Esq. and Tina L. Caraballo, both of the bar United States District Court for the Middle District of Florida be admitted in this action *pro hac vice* as counsel for Plaintiff Southeast Floating Docks, Inc. In support of this Motion, Attorneys Hayes and Caraballo file and attach hereto their Certifications under Local Rule 83.5.3. Attorneys Hayes and Caraballo are national counsel to the Plaintiff, representing it in the underlying arbitration proceeding, and thus, participation in this matter will advance the process, reduce the cost of this action to the plaintiff and serve the interest of justice.

5-18-05
Motion allowed
Edward F. Harrington, S.D.J.

Respectfully submitted,
SOUTHEAST FLOATING DOCKS, INC.,
By its attorneys,

David G. Hanrahan, Esq. (BBO # 220580)
Richard D. Vetstein, Esq. (BBO # 637681)
GILMAN, MCLAUGHLIN & HANRAHAN, LLP
P.O. Box 9601
Boston, Massachusetts 02114-9601
Telephone: 617-227-9999
Facsimile: 617-227-7177

Dated: May 18, 2005

## Local Rule 7.1 Certification

The undersigned certifies that since this motion is filed simultaneously with the filing of the
complaint and the defendants have not answered the complaint, it is impossible to attempt to
confer regarding the issues raised by this motion.

David G. Hanrahan, Esq.

2

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF FLORIDA

05cv 11089 EFH

### CERTIFICATE OF
### GOOD STANDING

I, SHERYL L. LOESCH, Clerk of this Court, certify that

## Tina L. Caraballo, Bar #0164275

was duly admitted to practice in this Court on

## May 18, 1999

and is in good standing as a member of the Bar of this Court.

Dated at Orlando, Florida, on May 17, 2005.

_____SHERYL L. LOESCH_____
Clerk

I. Cammarota, Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC.,

Plaintiff,                              CIVIL ACTION
                                        NO.:

v.                                      $O5 cv //039 EFH$

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION
and THE TOWN OF PROVINCETOWN,

Defendant.

_____/

## CERTIFICATE IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE-
## ROSEMARY H. HAYES

Pursuant to LR. 83.5.3, Rosemary H. Hayes moves for

leave to appear before this Court in the above styled case

on behalf of the Plaintiff. Rosemary H. Hayes is a member

of the bar of the United States District Court for the

Middle District of Florida and a certificate of good

standing is attached hereto. She further certifies the

following:

1.  She is a member of the bar in good standing in every
    jurisdiction where she has been admitted to practice.

2.  There are no disciplinary proceedings pending against
    her as a member of the bar in any jurisdiction.

3.  She is familiar with the Local Rules of the United
    States District Court for the District of
    Massachusetts.

4.   My application for leave to practice in this Court is
     on motion of a member of the bar of this Court, who
     filed an appearance.

5.   A certificate of good standing from the United States
     District Court for the Middle District of Florida is
     attached.

Rosemary H. Hayes
Florida Bar No.: 549509
Hayes & Caraballo, P.L.
Post Office Box 547248
Orlando, Florida 32854
Telephone:   407-649-9974
Facsimile:   407-649-9379
Attorneys for Plaintiff

2

AO 136 (Rev. 9/88) Certificate of Good Standing

# *UNITED STATES DISTRICT COURT*

### MIDDLE DISTRICT OF FLORIDA

05- 1103 ?EFtt

### CERTIFICATE OF
### GOOD STANDING

I, SHERYL L. LOESCH, Clerk of this Court, certify that

## Rosemary Hanna Hayes, Bar #0549509

**was duly admitted to practice in this Court on**

## October 28, 1986

**and is in good standing as a member of the Bar of this Court.**

Dated at Orlando, Florida, on May 17, 2005.

**SHERYL L. LOESCH**
Clerk

L. Cammarota, Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC.,

Plaintiff,                          CIVIL ACTION
                                    NO.:

v.

AGM MARINE CONTRACTORS, INC.,       $05 \ cv/1039 EFH$
CHILDS ENGINEERING CORPORATION
and THE TOWN OF PROVINCETOWN,

Defendant.

_____/

## CERTIFICATE IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE-
## TINA L. CARABALLO

Pursuant to LR. 83.5.3, Tina L. Caraballo moves for
leave to appear before this Court in the above styled case
on behalf of the Plaintiff. Tina L. Caraballo is a member
of the bar of the United States District Court for the
Middle District of Florida and a certificate of good
standing is attached hereto. She further certifies the
following:

1. She is a member of the bar in good standing in every
   jurisdiction where she has been admitted to practice.

2. There are no disciplinary proceedings pending against
   her as a member of the bar in any jurisdiction.

3. She is familiar with the Local Rules of the United
   States District Court for the District of
   Massachusetts.

4.   My application for leave to practice in this Court is
     on motion of a member of the bar of this Court, who
     filed an appearance.

5.   A certificate of good standing from the United States
     District Court for the Middle District of Florida is
     attached.

Tina L. Caraballo
Florida Bar No.:  0164275
Hayes & Caraballo, P.L.
Post Office Box 547248
Orlando, Florida 32854
Telephone:  407-649-9974
Facsimile:  407-649-9379
Attorneys for Plaintiff

2