# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

SOUTHEAST FLOATING DOCKS, INC.,
          Plaintiff

          v.                                    CIVIL ACTION NO.:
                                                05-11039-EFH

AGM MARINE CONTRACTORS, INC.,
ET AL.,
          Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

## SHORT ORDER OF NOTICE

May 18, 2005

HARRINGTON, S.D.J.

      A hearing on the merits on its Complaint for Stay of Arbitration Proceeding and Enforce Arbitration Subpoenas is scheduled for **Wednesday, June 1, 2005**, at 2:00 P.M. in Courtroom No. 13 on the Fifth Floor.

      SO ORDERED.

                                            /s/ Edward F. Harrington
                                            EDWARD F. HARRINGTON
                                            United States Senior District Judge