# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC.,
    Plaintiff

    V.

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION
and THE TOWN OF PROVINCETOWN,

    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05C 11039 EFH**

TO: (Name and address of Defendant)

AGM MARINE CONTRACTORS, INC.
30 Echo Road
Mashpee, Massachusetts 02649

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David G. Hanrahan, Esq., Gilman, McLaughlin & Hanrahan, LLP, P.O. Box 9601,
101 Merrimac Street, Boston, Massachusetts 02114-9601,

an answer to the complaint which is herewith served upon you, within ___20 /___ (but please see attached Court Order) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| [signature] TON | 5-18-05 |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE MAY 20 2005 |
| NAME OF SERVER (PRINT) Howard A. Coleman | TITLE Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): In hand to Stewart Adams Agent for AGM Marine Contractors Inc. Service was made at 30 Echo Road, Mashpee, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 40.4 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 20 2005     _[signature]_
             Date              Signature of Server

PO Box 715 Barnstable MA 02630
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Barnstable, SS.                                  United States District Court
                                                 05cv11039EFH

SOUTHEAST FLOATING DOCKS, INC.

V.

AGM MARINE CONTRACTORS, INC, ET AL

Also Served on May 20, 2005

1. An Order of Notice of the Court assigning a hearing for 2pm Wednesday, June 1st
2. Complaint to Stay Arbitration Proceeding and Enforce Arbitration Subpoens with copy of Civil Cover Sheet and Category Local Cover Sheet.
3. Motion for the Admission Pro Hac Vice of Rosemary H. Hayes and Tina L. Caraballo as Counsel for Plaintiff, with their Certificate in Support of said Motion with allowance by the Court
4. Plaintiff's Motion for Short Order of Notice

                                                 _____
                                                 Howard A. Coleman, Constable

May 20, 2005