# UNITED STATES DISTRICT COURT

District of _____MASSACHUSETTS_____

SOUTHEAST FLOATING DOCKS, INC.,
    Plaintiff

V.

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION
and THE TOWN OF PROVINCETOWN,
    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05c 11039 EFH

TO: (Name and address of Defendant)

CHILDS ENGINEERING CORPORATION
541 Main Street
Medfield, Massachusetts 02052

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David G. Hanrahan, Esq., Gilman, McLaughlin & Hanrahan, LLP, P.O. Box 9601,
101 Merrimac Street, Boston, Massachusetts 02114-9601,

an answer to the complaint which is herewith served upon you, within ___20/___ but please see attached Court Order) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: ~~TONY ANASTAS~~ THORNTON

DATE: 5-18-05

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SOUTHEAST FLOATING DOCKS, INC.,
                Plaintiff

            v.                            CIVIL ACTION NO.:
                                              05-11039-EFH

AGM MARINE CONTRACTORS, INC.,
ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SHORT ORDER OF NOTICE

May 18, 2005

HARRINGTON, S.D.J.

      A hearing on the merits on its Complaint for Stay of Arbitration Proceeding and Enforce Arbitration Subpoenas is scheduled for __**Wednesday, June 1, 2005**__, at 2:00 P.M. in Courtroom No. 13 on the Fifth Floor.

      SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**

I hereby certify and return that today, May 23, 2005, at 3:05 PM, I served a true and attested copy of the within Summons, together with copies of the Short Order of Notice of the Court assigning a hearing for 2:00 PM on Wednesday, June 1st; Complaint to Stay Arbitration Proceeding and Enforce Arbitration Subpoenas with Copy of Civil Cover Sheet and Category Local Cover Sheet; Motion for the Admission Pro Hac Vice of Rosemary H. Hayes and Tina L. Caraballo as Counsel for the Plaintiff, with their Certificates in Support of said Motion with Allowance by the Court; and Plaintiff's Motion for Short Order of Notice in this action, upon the within named **Childs Engineering Corporation**, by giving in hand to Robin Davis, Agent authorized to accept service. The said service was effected at: Childs Engineering Corporation, 541 Main St., Medfield, MA 02052.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 23, 2005.

*/s/ David H. Sullivan*

**David H. Sullivan,** Constable
& Disinterested Person over Age 18.

Service & Travel: $77.00

**Butler and Witten**
Boston, MA
(617) 325-6455