UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff,

v.

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION
and THE TOWN OF PROVINCETOWN,

    Defendant.

CIVIL ACTION
NO.: 05CV11039EFH

## NOTICE OF LAWSUIT AND
## REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:   Richard T. Holland, Esq.,

as Counsel for the Defendant, Town of Provincetown of Kopelman and Paige,

P.C., 31 St. James Avenue, Boston, MA 2116

    A lawsuit has been commenced against AGM Marine Contractors, Inc., Childs Engineering Corporation and The Town of Provincetown. A copy of the Complaint is attached to this notice. It has been filed in the United States District Court for the District of Massachusetts and has been assigned docket number 05CV11039EFH.

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within thirty (30) days after the date designated below as the date on which this Notice and Request is sent. I

enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require The Town of Provincetown to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the waiver form.

I affirm that this request is being sent to you on behalf of the Plaintiff, this 19th day of May, 2005.

David G. Hanrahan, Esq. (BBO #220580)
Gilman, McLaughlin & Hanrahan LLP
101 Merrimac Street
P.O. Box 9601
Boston, MA 02114
(617) 227 – 9999