UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff,

v.

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION
and THE TOWN OF PROVINCETOWN,

    Defendant.

CIVIL ACTION
NO.: 05CV11039EFH

### NOTICE OF APPEARANCE OF COUNSEL

To the clerk of the above-captioned court:

Kindly enter the appearance of Leigh A. McLaughlin as counsel for Plaintiff, SOUTHEAST FLOATING DOCKS, INC., in the above-captioned matter.

For, SOUTHEAST FLOATING DOCKS, INC.

By its attorney,

_____
Leigh A. McLaughlin, Esq. BBO #550452
Gilman, McLaughlin & Hanrahan LLP
101 Merrimac Street
P.O. Box 9601
Boston, MA 02114-9601
(617) 227 - 9999

DATED: June 1, 2005