## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

SOUTHEAST FLOATING DOCKS, INC.,
                Plaintiff

         v.                            CIVIL ACTION NO.:
                                              05-10039-EFH

AGM MARINE CONTRACTORS, INC.,
ET AL.,
                Defendants.

* * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

June 2, 2005

HARRINGTON, S.D.J.

      After a hearing conducted on June 1, 2005, the Court orders the dismissal of the Complaint to Stay Arbitration Proceeding and Enforce Arbitration Subpoenas.

      This dismissal is conditioned upon the Town of Provincetown complying with its representation to the Court, and the Town of Provincetown is ordered to so comply, that it would provide the Plaintiff Southeast Floating Docks, Inc., access to such of its subpoenaed documents that are not covered by the attorney-client privilege.

      SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge