```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC.,

       Plaintiff,                    CIVIL ACTION
                                     NO.: 1:05-CV-10039-EFH
v.

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION,
and THE TOWN OF PROVINCETOWN,

       Defendants.
_____/
```

## BILL OF COSTS

The following costs have necessarily been incurred in this case:

| | |
|---|---|
| FILING FEES: | $350.00 |
| SERVICE OF PROCESS: | $132.00 |
| EXEMPLIFICATION/COPYING (documents used as exhibits at the June 1, 2005 hearing and other documents filed in the case): | $374.60 |
| TOTAL: | $856.60 |

_____
Rosemary Hanna Hayes

Sworn to and subscribed before me on June 16, 2005, by Rosemary Hanna Hayes, who is personally known to me.

_____
NOTARY PUBLIC                              (SEAL)

TINA L. CARABALLO
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD264890
EXPIRES 11/07/2007
BONDED THRU 1-888-NOTARY1

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing has been electronically filed with the Court and mailed to David Hanrahan, Esquire, Gilman, McLauglin & Hanrahan, LLP, 101 Merrimac Street, Boston, MA 02114-9601; Charles Schaub, Esquire, Hinckley, Allen, Snyder, LLP, 28 State Street, Boston, MA 02109; Richard T. Holland, Esquire, Kopelman and Paige, P.C., 31 St. James Avenue, Boston, MA 02116-4102; and, John Connarton, Connarton, Wood & Callahan, 150 Federal Street, 12th Floor, Boston, MA 02210 on June 16, 2005.

/s/ Tina L. Caraballo
_____
Rosemary H. Hayes
Florida Bar No. 549509
Tina L. Caraballo
Florida Bar No. 0164275
Hayes & Caraballo, PL
P.O. Box 547248
Orlando, Florida 32854
Telephone (407) 649-9974
Facsimile (407) 649-9379
Attorneys for Plaintiff