UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05CV11039EFH

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff

v.

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION,
AND THE TOWN OF PROVINCETOWN,

    Defendants

AFFIDAVIT OF RICHARD T.
HOLLAND

I, Richard T. Holland, on oath, hereby depose and say as follows:

1.    I am an attorney employed by Kopelman and Paige, P.C., which serves as Town Counsel to the Town of Provincetown, Massachusetts.

2.    By email sent June 29, 2005 to Attorney Rosemary Hayes, counsel for the plaintiff, I inquired as to the progress of Attorney Hayes' inspection of Town documents, and I advised that Attorney Hayes could communicate with Attorney Doneski should she have any questions about Town documents, as I would be out of the office until July 14, 2005. A true copy of the June 29 email is attached hereto as Exhibit A.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __15__ DAY OF JULY 2005.

Richard T. Holland

256208/24207/0008