UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05CV11039EFH

SOUTHEAST FLOATING DOCKS, INC.,

Plaintiff

v.

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION,
AND THE TOWN OF PROVINCETOWN,

Defendants

LOCAL RULE 7.1(A)(2)
CERTIFICATION

I certify that, since June 2, 2005, the date of the order of this Court dismissing this action, I have communicated with counsel for the plaintiff via telephone, email and regular mail concerning the plaintiff's repeated efforts to obtain documents claimed as privileged by the Town of Provincetown. Despite such communications and my efforts to cause the plaintiff to discontinue its efforts to obtain privileged documents, the plaintiff has continued with such efforts, and the Town is compelled to filed this Motion to Impound the privileged documents. I telephoned Attorney Rosemary Hayes, counsel for the plaintiff, on July 15, 2005 and left voice messages on her office and cell phone voice mail systems, advising that I would be filing the Emergency Motion to Impound.

Richard T. Holland

256290/24207/0008