UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:05-CV-11039-EFH

SOUTHEAST FLOATING DOCKS, INC.,      )
                                     )
     Plaintiff,                      )
                                     )
v.                                   )
                                     )   NOTICE OF APPEAL
AGM MARINE CONTRACTORS, INC.,        )
CHILDS ENGINEERING CORPORATION,      )
and THE TOWN OF PROVINCETOWN,        )
                                     )
     Defendants.                     )


     Notice is hereby given that Southeast Floating Docks,

Inc., Plaintiff in the above named case, hereby appeals to

the United States Court of Appeals for the First Circuit

from an order denying Plaintiff's motion for contempt and

sanctions and granting Defendant, Town of Provincetown's

motion to impound records entered in this action on the

18th day of July, 2005.

     Pending before the district court is Plaintiff's

motion for extension of time and other relief.  This notice

is filed to avoid precluding Plaintiff any appellate relief

should the Court deny the motion.  *See, e.g., Mirpuri v.*

*ACT Mfg., Inc.*, 212 F.3d 624 (1st Cir. 2000).

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing has been electronically filed with the Court and mailed to David Hanrahan, Esquire, Gilman, McLauglin & Hanrahan, LLP, 101 Merrimac Street, Boston, Massachusetts 02114-9601; Charles Schaub, Esquire, Hinckley, Allen, Snyder, LLP, 28 State Street, Boston, Massachusetts 02109; and, Richard T. Holland, Esquire, Kopelman And Paige, P.C., 31 St. James Avenue, Boston, MA 02116-4102 on August 12, 2005.


/s/ Rosemary H. Hayes
_____
Rosemary H. Hayes
Florida Bar No. 549509
Tina L. Caraballo
Florida Bar No. 0164275
Hayes & Caraballo, PL
P.O. Box 547248
Orlando, Florida 32854
Telephone (407) 649-9974
Facsimile (407) 649-9379
Attorneys for Plaintiff


cc:   Southeast Floating Docks, Inc.