# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11039

Southeast Floating Docks, Inc.,

v.

AGM Marine Contractors, Inc., et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/12/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 18, 2005.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/18/05 .

*[signature]*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11039-EFH

Southeast Floating Docks, Inc. v. AGM Marine Contractors, Inc. et al
Assigned to: Judge Edward F. Harrington
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 05/18/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Southeast Floating Docks, Inc.** represented by **David G. Hanrahan**
Gilman, McLaughlin & Hanrahn, LLP
101 Merrimac Street
Suite 800
Boston, MA 02114-9601
617-227-9999
Fax: 617-227-7177
Email: dhanrahan@gilmac.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leigh A. McLaughlin**
Gilman, McLaughlin & Hanrahn, LLP
101 Merrimac Street
P.O. Box 9601
Boston, MA 02114-9601
US
617-227-9999
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Richard D. Vetstein**
Gilman, McLaughlin & Hanrahan, LLP
P.O. Box 9601
101 Merrimac Street
Boston, MA 02114-9601
617-227-9999
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosemary H. Hayes**
Habash, Reasoner & Frazer
471 E. Broad Street
Suite 1600
Columbus, OH 43215-3844
407-649-9974
Fax: 407-649-9379
Email: rhayes@const-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tina L. Caraballo**
Habash, Reasoner & Frazer
471 E. Broad Street
Suite 1600
Columbus, OH 43215-3844
407-649-9974
Fax: 407-649-9379
Email: tcaraballo@const-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*

*NOTICED*

V.

**Defendant**

**AGM Marine Contractors, Inc.**

**Defendant**

**Childs Engineering Corporation**

**Defendant**

**Town of Provincetown**     represented by    **David J. Doneski**
Kopelman & Paige, PC
31 St. James Avenue
Boston, MA 02116
617-556-0007
Fax: 617-654-1735
Email: ddoneski@k-plaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Richard Thomas Holland**
Kopelman & Paige, PC
31 St. James Avenue
7th Floor
Boston, MA 02116
617-556-0007
Fax: 617-654-1735
Email: rholland@k-plaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2005 | 1 | COMPLAINT against AGM Marine Contractors, Inc., Childs Engineering Corporation, Town of Provincetown Filing fee: $ 250, receipt number 64394, filed by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Catagory cover sheet)(Holahan, Sandra) (Entered: 05/19/2005) |
| 05/18/2005 | 2 | MOTION for Leave to Appear Pro Hac Vice by Rosemary H Hayes and Tina L. Caraballo Filing fee $ 100.00, receipt number 64394. by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Holahan, Sandra) (Entered: 05/19/2005) |
| 05/18/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 2 Motion for Leave to Appear Pro Hac Vice Added Rosemary H. Hayes for Southeast Floating Docks, Inc., Tina L. Caraballo for Southeast Floating Docks, Inc. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 05/19/2005) |
| 05/18/2005 | 3 | MOTION for short order of notice by Southeast Floating Docks, Inc..(Holahan, Sandra) (Entered: 05/19/2005) |
| 05/18/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 3 Motion for short order of notice. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 05/19/2005) |
| 05/18/2005 | 4 | Judge Edward F. Harrington : ORDER entered. re 1 Complaint for Stay of Arbitration Proceeding and Enforce Arbitration Subpoenas, filed by Southeast Floating Docks, Inc., Hearing set for 6/1/2005 02:00 PM in Courtroom 13 before Judge Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 05/19/2005) |

| | | |
|---|---|---|
| 05/26/2005 | 5 | SUMMONS Returned Executed AGM Marine Contractors, Inc. served on 5/20/2005, answer due 6/9/2005. (Holahan, Sandra) (Entered: 05/31/2005) |
| 05/26/2005 | 6 | SUMMONS Returned Executed Childs Engineering Corporation served on 5/23/2005, answer due 6/13/2005. (Holahan, Sandra) (Entered: 05/31/2005) |
| 05/26/2005 | 7 | WAIVER OF SERVICE Returned Executed Town of Provincetown waiver sent on 5/19/2005, answer due 7/18/2005. (Holahan, Sandra) (Entered: 05/31/2005) |
| 05/26/2005 | 8 | NOTICE of lawsuit and request for waiver of service of summons by Town of Provincetown (Holahan, Sandra) (Entered: 05/31/2005) |
| 06/01/2005 | 9 | NOTICE of Appearance by Leigh A. McLaughlin on behalf of Southeast Floating Docks, Inc. (Filed in open court) (Holahan, Sandra) (Entered: 06/02/2005) |
| 06/01/2005 | 10 | Town of Provincetown's Memorandum in Opposition to Plaintiff's Application for Stay of Arbitration and Enforcement of Arbitration Subpoenas (application is contained in Complaint) (Holahan, Sandra) (Entered: 06/02/2005) |
| 06/01/2005 | 11 | AFFIDAVIT of Richard T. Holland re 10 Memorandum in opposition by Town of Provincetown. (Attachments: # 1 Exhibit A-F (NOT SCANNED))(Holahan, Sandra) (Entered: 06/02/2005) |
| 06/01/2005 | | Clerk's Notes for proceedings held before Judge Edward F. Harrington : Hearing re to Stay Arbitration Proceeding and Enforce Arbitration Subpoenas held on 6/1/2005: Counsel appear for all parties; Court hears arguments; Matters taken under advisement. (Court Reporter T. Gibson.) (Holahan, Sandra) (Entered: 06/02/2005) |
| 06/02/2005 | 12 | Judge Edward F. Harrington : ORDER entered. re 1 Complaint, filed by Southeast Floating Docks, Inc. SO |

| | | |
|---|---|---|
| | | ORDERED. cc/cl(Holahan, Sandra) (Entered: 06/02/2005) |
| 06/02/2005 | | Civil Case Terminated. (Holahan, Sandra) (Entered: 06/02/2005) |
| 06/16/2005 | 13 | First MOTION for Attorney Fees & Costs & to Keep Case Open Pending Compliance with Court Order by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Caraballo, Tina) (Entered: 06/16/2005) |
| 06/16/2005 | 14 | First MOTION for Bill of Costs by Southeast Floating Docks, Inc..(Caraballo, Tina) (Entered: 06/16/2005) |
| 06/28/2005 | 15 | MEMORANDUM in Opposition re 13 First MOTION for Attorney Fees & Costs & to Keep Case Open Pending Compliance with Court Order filed by Town of Provincetown. (Attachments: # 1 Exhibit A-F (NOT SCANNED))(Holahan, Sandra) (Entered: 06/29/2005) |
| 07/01/2005 | 16 | First MOTION for Contempt Order & Sanctions by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit "A"# 2 Exhibit "B"# 3 Exhibit)(Hayes, Rosemary) (Entered: 07/01/2005) |
| 07/05/2005 | 17 | AFFIDAVIT of Southeast Floating Docks, Inc. in Support re 16 First MOTION for Contempt Order & Sanctions of Added Time Spent and Documents Produced filed by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit A)(Caraballo, Tina) (Entered: 07/05/2005) |
| 07/07/2005 | | Judge Edward F. Harrington : Electronic ORDER entered denying 13 Motion for Attorney Fees, denying 14 Motion for Bill of Costs. MOTION DENIED. cc/cl (Holahan, Sandra) (Entered: 07/07/2005) |
| 07/15/2005 | 18 | EMERGENCY MOTION to Seal by Town of Provincetown. (Attachments: # 1 Exhibit A-D (NOT SCANNED))(Holahan, Sandra) (Entered: 07/18/2005) |

| | | |
|---|---|---|
| 07/15/2005 | 19 | ***** (SEE NOTICE OF CORRECTION DATED 7/18/2005) MEMORANDUM in Support re 18 MOTION to Seal filed by Town of Provincetown. (Holahan, Sandra) Modified on 7/18/2005 (Holahan, Sandra). (Entered: 07/18/2005) |
| 07/15/2005 | 20 | AFFIDAVIT of David J. Doneski in Support re 18 MOTION to Seal filed by Town of Provincetown. (Attachments: # 1 Exhibit A-C (NOT SCANNED)) (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/15/2005 | 21 | AFFIDAVIT of Richard T. Holland in Support re 18 MOTION to Seal filed by Town of Provincetown. (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/15/2005 | 22 | CERTIFICATE OF CONSULTATION re 18 MOTION to Seal by Richard Thomas Holland on behalf of Town of Provincetown, Town of Provincetown (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/15/2005 | 23 | MEMORANDUM in Opposition re 16 First MOTION for Contempt *Order & Sanctions* filed by Town of Provincetown. (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/18/2005 | | ****** Notice of correction to docket made by Court staff. Correction: Document # 19 corrected because: pleading linked to wrong motion (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/18/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 18 Motion to Seal. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/18/2005 | 24 | SEALED DOCUMENT placed in secure file room.. (ATTACHMENT TO DOCUMENT #15) (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/18/2005 | | Judge Edward F. Harrington : Electronic ORDER |

| | | |
|---|---|---|
| | | entered denying 16 Motion for Contempt order & sanctions. MOTION DENIED. THE MATTER HAS BEEN DENIED. cc/cl (Holahan, Sandra) (Entered: 07/18/2005) |
| 08/03/2005 | 25 | MOTION Final Appealable Order, Order on Impounded Documents, for Findings of Fact and Conclusions of Law and Alternative Motion for Time Extension by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit A)(Caraballo, Tina) (Entered: 08/03/2005) |
| 08/12/2005 | 26 | NOTICE OF APPEAL as to Order on Motion for Contempt, Order on Motion to Seal by Southeast Floating Docks, Inc.. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/1/2005. (Hayes, Rosemary) (Entered: 08/12/2005) |
| 08/15/2005 | 27 | MEMORANDUM in Opposition re 25 MOTION Final Appealable Order, Order on Impounded Documents, for Findings of Fact and Conclusions of Law and Alternative Motion for Time Extension filed by Town of Provincetown. (Attachments: # 1 Exhibit A-D)(Holahan, Sandra) (Entered: 08/16/2005) |
| 08/16/2005 | | Judge Edward F. Harrington : Electronic ORDER entered denying 25 Motion for entry of final appealable order, order on impounded documents, for findings of fact & conclusions of law, & alternative motion for time extension (Holahan, Sandra) (Entered: 08/16/2005) |
| 08/17/2005 | | Filing fee: $ 255.00, receipt number 66325 regarding notice of appeal (Holahan, Sandra) (Entered: 08/17/2005) |