## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

SOUTHEAST FLOATING DOCKS, INC.,
        Plaintiff

        v.                        CIVIL ACTION NO.:
                                          05-11039-EFH

TOWN OF PROVINCETOWN,
        Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

August 23, 2006

HARRINGTON, S.D.J.

      A hearing on plaintiff's efforts to enforce the conditional proviso in an order of conditional dismissal is scheduled for **Tuesday, October 3, 2006**, at 10:00 A.M., in Courtroom No. 13 on the Fifth Floor.

      SO ORDERED.

                                  /s/ Edward F. Harrington
                                  EDWARD F. HARRINGTON
                                  United States Senior District Judge