# United States Court of Appeals
## For the First Circuit

No.   05-2262

SOUTHEAST FLOATING DOCKS, INC.

Plaintiff - Appellant

v.

TOWN OF PROVINCETOWN

Defendant - Appellee

AGM MARINE CONTRACTORS, INC.; CHILDS ENGINEERING CORPORATION

Defendants

---

TAXATION OF COSTS

---

Entered: September 7, 2006
Pursuant to 1st Cir. R. 27(d)

Costs in favor of **Appellant, Southeast Floating Docks, Inc.** are taxed as follows:

| | |
|---|---|
| Reproduction of brief for appellant | $ 53.10 |
| Reproduction of reply brief | $18.90 |
| Reproduction of appendix | $ 131.85 |
| Docket Fee | $ 250.00 |
| **TOTAL** | **$ 453.85** |

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on **August 24, 2006.**

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By:_____ Date: 9/7/06

By the Court:
Richard Cushing Donovan, Clerk

By:   **MARGARET CARTER**
Margaret Carter, Chief Deputy Clerk

[Certified Copy: Sarah Thornton, Clerk, United States District Court for the District of MA]

[cc: David G. Hanrahan, Esq., Leigh A. McLaughlin, Esq., Richard D. Vetstein, Rosemary Hannah Hayes, Esq,, Tina L. Caraballo, Esq., David J. Doneski, Esq., Richard Thomas Holland, Esq. ]