# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SOUTHEAST FLOATING DOCKS, INC.,
        Plaintiff

      v.                     CIVIL ACTION NO.:
                                    05-11039-EFH

TOWN OF PROVINCETOWN,
        Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

September 12, 2006

HARRINGTON, S.D.J.

    Pursuant to Fed.R.App.P. 39(d)(3), the District Court directs the taxation of costs in favor of Plaintiff Southeast Floating Docks, Inc., be added to the mandate issued on August 24, 2006.

    SO ORDERED.

                                      /s/ Edward F. Harrington
                                      EDWARD F. HARRINGTON
                                      United States Senior District Judge