UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff,

v.                                  CASE NO: 05-cv-11039-EFH

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION,
And THE TOWN OF PROVINCETOWN,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE**

    Plaintiff, Southeast Floating Docks, Inc., gives notice of filing the return of service of a subpoena to appear on David Guertin.

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 18, 2006.

                                    /s/ Rosemary H. Hayes
                                    Rosemary H. Hayes
                                    Florida Bar No. 549509
                                    Tina L. Caraballo
                                    Florida Bar No. 0164275
                                    Hayes & Caraballo, PL
                                    P.O. Box 547248
                                    Orlando, Florida 32854
                                    Telephone (407) 649-9974
                                    rhayes@const-law.com
                                    Attorneys for Plaintiff

 **Barnstable County Sheriff's Office**

**October 13, 2006 at 11:32 AM,** I this day Summoned the within named, **David Guertin**, by delivering, an attested copy of the, Subpoena (Federal) with Check #8516 for $82.34 for David Guertin for Witness Travel fee attached, In-Hand to Richard Guertin, at his office 26 Alden Street Provincetown, MA 02657.

Fee:   $45.00
Witness:
Total:

Ron Chevalier, Deputy Sheriff
P.O. Box 1244 Centerville, MA

≜AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

Southeast Floating Docks, Inc.

V.

AGM Marine Constructors, Inc., et al

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  05CV11039-EFH

TO: David Guertin, 78 Senview Road, Apt. 118, Provincetown, Massachusetts 02657

☑ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 1 Courthouse Way<br>Boston, Massachusetts 02210<br>before the Hon. Judge Harrington | 13 |
| | DATE AND TIME<br>10/17/2006 11:00 am |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  attorney for Plaintiff | 10/3/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Tina L. Caraballo, 830 Lucerne Terrace, Orlando, Florida 32801 407-649-9974 ext 215

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)



[1] If action is pending in district other than district of issuance, state district under case number.