## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SOUTHEAST FLOATING DOCKS, INC.,
      Plaintiff

     v.         CIVIL ACTION NO.:
              05-11039-EFH

TOWN OF PROVINCETOWN,
      Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

October 18, 2006

HARRINGTON, S.D.J.

  After hearing, the Court grants disclosure of the documents sought by the plaintiff, designated Exhibit 1, containing 53 pages, and Exhibit 2, containing 9 pages. These documents shall be made a part of the record in this case. Copies of said documents shall be forwarded by the clerk to the plaintiff.

  The Court orders the case closed.

  SO ORDERED.

              /s/ Edward F. Harrington
              EDWARD F. HARRINGTON
              United States Senior District Judge