UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO.: 1:05-CV-11039-EFH

| | |
|---|---|
| SOUTHEAST FLOATING DOCKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | NOTICE OF APPEAL |
| AGM MARINE CONTRACTORS, INC., ) | |
| CHILDS ENGINEERING CORPORATION, ) | |
| and THE TOWN OF PROVINCETOWN, ) | |
| ) | |
| Defendants. ) | |

Notice is hereby given that Southeast Floating Docks, Inc., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from an order denying Plaintiff's motion for relief from the final order granting disclosure of documents and closing the case entered in this action on the 30th day of October, 2006 and from the order granting disclosure of documents and closing the case entered in this action on the 18th day of October, 2006.

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 21, 2006.

/s/ Rosemary H. Hayes
Rosemary H. Hayes
Florida Bar No. 549509
Tina L. Caraballo
Florida Bar No. 0164275
Hayes & Caraballo, PL
P.O. Box 547248
Orlando, Florida 32854
Telephone (407) 649-9974
rhayes@const-law.com
Attorneys for Plaintiff