UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11039

Southeast Floating Docks, Inc.,

v.

AGM Marine Contractors, Inc., et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-45

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/21/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 6, 2006.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/6/06

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, REMAND

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11039-EFH

Southeast Floating Docks, Inc. v. AGM Marine Contractors, Inc. et al
Assigned to: Senior Judge Edward F. Harrington
Related Case: 1:06-cv-10088-EFH
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 05/18/2005
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Southeast Floating Docks, Inc.**   represented by   **David G. Hanrahan**
Gilman, McLaughlin & Hanrahn, LLP
101 Merrimac Street
Suite 800
Boston, MA 02114-9601
617-227-9999
Fax: 617-227-7177
Email: dhanrahan@gilmac.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leigh A. McLaughlin**
Gilman, McLaughlin & Hanrahn, LLP
101 Merrimac Street
P.O. Box 9601
Boston, MA 02114-9601
US
617-227-9999
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Vetstein**
Gilman, McLaughlin & Hanrahan, LLP
101 Merrimac Street
P.O. Box 9601
Boston, MA 02114-9601
US
617-227-9999
Fax: 617-227-2630
Email: rvetstein@gilmac.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rosemary H. Hayes**
Hayes & Caraballo, PL

830 Lucerne Terrace
Orlando, FL 32801
US
407-649-9974
Fax: 407-649-9379
Email: rhayes@const-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tina L. Caraballo**
Hayes & Caraballo, PL
830 Lucerne Terrace
Orlando, FL 32801
US
407-649-9974
Fax: 407-649-9379
Email: tcaraballo@const-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AGM Marine Contractors, Inc.**

**Defendant**

**Childs Engineering Corporation**

**Defendant**

**Town of Provincetown**　　　　represented by **David J. Doneski**
Kopelman & Paige, PC
101 Arch Street
Boston, MA 02110
617-556-0007
Fax: 617-654-1735
Email: ddoneski@k-plaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Thomas Holland**
Kopelman & Paige, PC
31 St. James Avenue
7th Floor
Boston, MA 02116
617-556-0007
Fax: 617-654-1735
Email: rholland@k-plaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/18/2005 | 1 | COMPLAINT against AGM Marine Contractors, Inc., Childs Engineering Corporation, Town of Provincetown Filing fee: $ 250, receipt number 64394, filed by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Catagory cover sheet)(Holahan, Sandra) (Entered: 05/19/2005) |
| 05/18/2005 | 2 | MOTION for Leave to Appear Pro Hac Vice by Rosemary H Hayes and Tina L. Caraballo Filing fee $ 100.00, receipt number 64394. by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Holahan, Sandra) (Entered: 05/19/2005) |
| 05/18/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 2 Motion for Leave to Appear Pro Hac Vice Added Rosemary H. Hayes for Southeast Floating Docks, Inc., Tina L. Caraballo for Southeast Floating Docks, Inc. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 05/19/2005) |
| 05/18/2005 | 3 | MOTION for short order of notice by Southeast Floating Docks, Inc.. (Holahan, Sandra) (Entered: 05/19/2005) |
| 05/18/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 3 Motion for short order of notice. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 05/19/2005) |
| 05/18/2005 | 4 | Judge Edward F. Harrington : ORDER entered. re 1 Complaint for Stay of Arbitration Proceeding and Enforce Arbitration Subpoenas, filed by Southeast Floating Docks, Inc., Hearing set for 6/1/2005 02:00 PM in Courtroom 13 before Judge Edward F. Harrington. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 05/19/2005) |
| 05/26/2005 | 5 | SUMMONS Returned Executed AGM Marine Contractors, Inc. served on 5/20/2005, answer due 6/9/2005. (Holahan, Sandra) (Entered: 05/31/2005) |
| 05/26/2005 | 6 | SUMMONS Returned Executed Childs Engineering Corporation served on 5/23/2005, answer due 6/13/2005. (Holahan, Sandra) (Entered: 05/31/2005) |
| 05/26/2005 | 7 | WAIVER OF SERVICE Returned Executed Town of Provincetown waiver sent on 5/19/2005, answer due 7/18/2005. (Holahan, Sandra) (Entered: 05/31/2005) |
| 05/26/2005 | 8 | NOTICE of lawsuit and request for waiver of service of summons by Town of Provincetown (Holahan, Sandra) (Entered: 05/31/2005) |
| 06/01/2005 | 9 | NOTICE of Appearance by Leigh A. McLaughlin on behalf of Southeast Floating Docks, Inc. (Filed in open court) (Holahan, Sandra) (Entered: 06/02/2005) |
| 06/01/2005 | 10 | Town of Provincetown's Memorandum in Opposition to Plaintiff's |

| | | |
|---|---|---|
| | | Application for Stay of Arbitration and Enforcement of Arbitration Subpoenas (application is contained in Complaint) (Holahan, Sandra) (Entered: 06/02/2005) |
| 06/01/2005 | 11 | AFFIDAVIT of Richard T. Holland re 10 Memorandum in opposition by Town of Provincetown. (Attachments: # 1 Exhibit A-F (NOT SCANNED))(Holahan, Sandra) (Entered: 06/02/2005) |
| 06/01/2005 | | Clerk's Notes for proceedings held before Judge Edward F. Harrington : Hearing re to Stay Arbitration Proceeding and Enforce Arbitration Subpoenas held on 6/1/2005: Counsel appear for all parties; Court hears arguments; Matters taken under advisement. (Court Reporter T. Gibson.) (Holahan, Sandra) (Entered: 06/02/2005) |
| 06/02/2005 | 12 | Judge Edward F. Harrington : ORDER entered. re 1 Complaint, filed by Southeast Floating Docks, Inc. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 06/02/2005) |
| 06/02/2005 | | Civil Case Terminated. (Holahan, Sandra) (Entered: 06/02/2005) |
| 06/16/2005 | 13 | First MOTION for Attorney Fees *& Costs & to Keep Case Open Pending Compliance with Court Order* by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Caraballo, Tina) (Entered: 06/16/2005) |
| 06/16/2005 | 14 | First MOTION for Bill of Costs by Southeast Floating Docks, Inc.. (Caraballo, Tina) (Entered: 06/16/2005) |
| 06/28/2005 | 15 | MEMORANDUM in Opposition re 13 First MOTION for Attorney Fees *& Costs & to Keep Case Open Pending Compliance with Court Order* filed by Town of Provincetown. (Attachments: # 1 Exhibit A-F (NOT SCANNED))(Holahan, Sandra) (Entered: 06/29/2005) |
| 07/01/2005 | 16 | First MOTION for Contempt *Order & Sanctions* by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit "A"# 2 Exhibit "B"# 3 Exhibit)(Hayes, Rosemary) (Entered: 07/01/2005) |
| 07/05/2005 | 17 | AFFIDAVIT of Southeast Floating Docks, Inc. in Support re 16 First MOTION for Contempt *Order & Sanctions of Added Time Spent and Documents Produced* filed by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit A)(Caraballo, Tina) (Entered: 07/05/2005) |
| 07/07/2005 | | Judge Edward F. Harrington : Electronic ORDER entered denying 13 Motion for Attorney Fees, denying 14 Motion for Bill of Costs. MOTION DENIED. cc/cl (Holahan, Sandra) (Entered: 07/07/2005) |
| 07/15/2005 | 18 | EMERGENCY MOTION to Seal by Town of Provincetown. (Attachments: # 1 Exhibit A-D (NOT SCANNED))(Holahan, Sandra) (Entered: 07/18/2005) |
| 07/15/2005 | 19 | ***** (SEE NOTICE OF CORRECTION DATED 7/18/2005) MEMORANDUM in Support re 18 MOTION to Seal filed by Town of Provincetown. (Holahan, Sandra) Modified on 7/18/2005 (Holahan, Sandra). (Entered: 07/18/2005) |

| | | |
|---|---|---|
| 07/15/2005 | 20 | AFFIDAVIT of David J. Doneski in Support re 18 MOTION to Seal filed by Town of Provincetown. (Attachments: # 1 Exhibit A-C (NOT SCANNED))(Holahan, Sandra) (Entered: 07/18/2005) |
| 07/15/2005 | 21 | AFFIDAVIT of Richard T. Holland in Support re 18 MOTION to Seal filed by Town of Provincetown. (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/15/2005 | 22 | CERTIFICATE OF CONSULTATION re 18 MOTION to Seal by Richard Thomas Holland on behalf of Town of Provincetown, Town of Provincetown (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/15/2005 | 23 | MEMORANDUM in Opposition re 16 First MOTION for Contempt *Order & Sanctions* filed by Town of Provincetown. (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/18/2005 |  | ****** Notice of correction to docket made by Court staff. Correction: Document # 19 corrected because: pleading linked to wrong motion (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/18/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered granting 18 Motion to Seal. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/18/2005 | 24 | SEALED DOCUMENT placed in secure file room.. (ATTACHMENT TO DOCUMENT #15) (Holahan, Sandra) (Entered: 07/18/2005) |
| 07/18/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered denying 16 Motion for Contempt order & sanctions. MOTION DENIED. THE MATTER HAS BEEN DENIED. cc/cl (Holahan, Sandra) (Entered: 07/18/2005) |
| 08/03/2005 | 25 | MOTION Final Appealable Order, Order on Impounded Documents, for Findings of Fact and Conclusions of Law and Alternative Motion for Time Extension by Southeast Floating Docks, Inc.. (Attachments: # 1 Exhibit A)(Caraballo, Tina) (Entered: 08/03/2005) |
| 08/12/2005 | 26 | NOTICE OF APPEAL as to Order on Motion for Contempt, Order on Motion to Seal by Southeast Floating Docks, Inc.. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/1/2005. (Hayes, Rosemary) (Entered: 08/12/2005) |
| 08/15/2005 | 27 | MEMORANDUM in Opposition re 25 MOTION Final Appealable Order, Order on Impounded Documents, for Findings of Fact and Conclusions of Law and Alternative Motion for Time Extension filed by Town of Provincetown. (Attachments: # 1 Exhibit A-D)(Holahan, Sandra) (Entered: 08/16/2005) |
| 08/16/2005 |  | Judge Edward F. Harrington : Electronic ORDER entered denying 25 Motion for entry of final appealable order, order on impounded documents, for findings of fact & conclusions of law, & alternative motion for time extension (Holahan, Sandra) (Entered: 08/16/2005) |

| | | |
|---|---|---|
| 08/17/2005 | | Filing fee: $ 255.00, receipt number 66325 regarding notice of appeal (Holahan, Sandra) (Entered: 08/17/2005) |
| 08/18/2005 | 28 | NOTICE by Southeast Floating Docks, Inc. re 26 Notice of Appeal, *Notice of Filing Hearing Transcript for Inclusion in Record on Appeal* (Attachments: # 1 June 1, 2005 Hearing Transcript)(Caraballo, Tina) (Entered: 08/18/2005) |
| 08/18/2005 | 29 | Certified and Transmitted Record on Appeal to US Court of Appeals re 26 Notice of Appeal, (Ramos, Jeanette) (Entered: 08/18/2005) |
| 08/26/2005 | 30 | USCA Case Number 05-2262 for 26 Notice of Appeal, filed by Southeast Floating Docks, Inc.,. (Ramos, Jeanette) (Entered: 08/26/2005) |
| 09/23/2005 | 31 | TRANSCRIPT of Hearing held on June 1, 2005 before Judge Harrington. Court Reporter: Teri C. Gibson. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/650-6288 or the Clerk's Office. (Scalfani, Deborah) (Entered: 09/23/2005) |
| 12/23/2005 | 32 | Supplemental Record on Appeal transmitted to US Court of Appeals re 26 Notice of Appeal, Documents included: 31 (Ramos, Jeanette) (Entered: 12/23/2005) |
| 01/19/2006 | | Notice of correction to docket made by Court staff. Law firm information for attorneys Rosemary Hayes and Tina Caraballo updated. (Hurley, Virginia) (Entered: 01/19/2006) |
| 04/27/2006 | 33 | Supplemental Record on Appeal transmitted to US Court of Appeals re 26 Notice of Appeal, Documents included: 24 (Ramos, Jeanette) (Entered: 04/27/2006) |
| 08/08/2006 | 34 | USCA Judgment as to 26 Notice of Appeal, filed by Southeast Floating Docks, Inc. The denial of contempt is VACATED, and the matter is REMANDED for further proceedings consistent with this opinion. All requests for attorney's fees are DENIED. Costs to appellant. (Ramos, Jeanette) (Entered: 08/08/2006) |
| 08/23/2006 | 35 | Judge Edward F. Harrington : ORDER entered. A hearing on plaintiff's efforts to enforce the conditional proviso in an order of conditional dismissal is scheduled for Tuesday, October 3, 2006, at 10:00 a.m.(Folan, Karen) (Entered: 08/23/2006) |
| 08/28/2006 | 36 | MANDATE of USCA as to 26 Notice of Appeal, filed by Southeast Floating Docks, Inc., (Ramos, Jeanette) (Entered: 08/28/2006) |
| 09/07/2006 | | Appeal Record Returned: 26 Notice of Appeal, (Ramos, Jeanette) (Entered: 09/07/2006) |
| 09/11/2006 | 37 | USCA TAXATION OF COSTS: Costs in favor of Appellant, Southeast Floating Docks, Inc. are taxed as follows: Reproduction of brief for appellant....$53.10 Reproduction of reply brief....$18.90 Reproduction of appendix....$131.85 Docket Fee....$250.00 TOTAL....$453.85 Pursuant to Fed. R. App. P. 39(d)(3), the district court is directed to add this taxation |

|  |  |  |
|---|---|---|
|  |  | of costs to the mandate issued on August 24, 2006. (Ramos, Jeanette) (Entered: 09/11/2006) |
| 09/12/2006 | 38 | Judge Edward F. Harrington : ORDER entered. "Pursuant to Fed.R.App.P. 39(d)(3), the District Court directs the taxation of costs in favor of Plaintiff Southeast Floating Docks, Inc., be added to the mandate issued on August 24, 2006. SO ORDERED." (Folan, Karen) (Entered: 09/15/2006) |
| 09/29/2006 |  | ELECTRONIC NOTICE OF RESCHEDULING Hearing reset for 10/12/2006 11:00 AM before Senior Judge Edward F. Harrington. (Folan, Karen) (Entered: 09/29/2006) |
| 10/03/2006 |  | ELECTRONIC NOTICE OF RESCHEDULING Hearing reset for 10/17/2006 11:00 AM before Senior Judge Edward F. Harrington. (Folan, Karen) (Entered: 10/03/2006) |
| 10/17/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Edward F. Harrington : Hearing held on 10/17/2006. Colloquy re: turning over documents to plaintiff. The court takes the matter under advisement. (Court Reporter Cloonan.) (Folan, Karen) (Entered: 10/19/2006) |
| 10/18/2006 | 39 | Second MEMORANDUM in Opposition re 16 First MOTION for Contempt *Order & Sanctions*, 13 First MOTION for Attorney Fees & *Costs & to Keep Case Open Pending Compliance with Court Order* filed by Town of Provincetown. (Attachments: # 1 Exhibit # 2)(Doneski, David) (Entered: 10/18/2006) |
| 10/18/2006 | 40 | NOTICE by Southeast Floating Docks, Inc. *of Filing Return of Service* (Hayes, Rosemary) (Entered: 10/18/2006) |
| 10/18/2006 | 41 | AFFIDAVIT of Richard T. Holland re 39 Memorandum in Opposition to Motion, by Town of Provincetown. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(Doneski, David) (Entered: 10/18/2006) |
| 10/18/2006 | 42 | Judge Edward F. Harrington : ORDER entered. (Folan, Karen) (Entered: 10/19/2006) |
| 10/18/2006 |  | Civil Case Terminated. (Folan, Karen) (Entered: 10/25/2006) |
| 10/26/2006 | 43 | MOTION to Reopen Case ,*Enforce Appellate Mandate & For Extension Of Time To Perfect Appeal & To Strike Provincetown's Unauthorized Response & Affidavit* by Southeast Floating Docks, Inc..(Hayes, Rosemary) (Entered: 10/26/2006) |
| 10/30/2006 |  | Judge Edward F. Harrington : Electronic ORDER entered denying 43 Motion to Reopen Case. "Motion to reopen is denied. Case has been closed. Plaintiff is entitled to file new action if it deems it to be necessary. So ordered." (Folan, Karen) (Entered: 10/31/2006) |
| 11/20/2006 | 44 | NOTICE by Southeast Floating Docks, Inc. *of Filing Records (Including Incomplete or Illegible Materials) Withheld in Response to Subpoenas in Arbitration* (Hayes, Rosemary) (Entered: 11/20/2006) |

| 11/21/2006 | 45 | NOTICE OF APPEAL to the Federal Circuit as to 42 Order, Order on Motion to Reopen Case, by Southeast Floating Docks, Inc.. Appeal Record due by 12/11/2006. (Hayes, Rosemary) (Entered: 11/21/2006) |
|---|---|---|
| 11/22/2006 | | Filing fee: $ 455, receipt number 76569 for 45 Notice of Appeal to the Federal Circuit (Folan, Karen) (Entered: 12/06/2006) |