UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff,                                        CIVIL ACTION
                                                  NO.: 1:05-CV-11039-EFH

v.

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION)
and THE TOWN OF PROVINCETOWN,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO MOVE STATUS CONFERENCE TO AFTERNOON HOURS OF 10/18/07 TO AVOID SCHEDULING CONFLICT

Petitioner respectfully requests, the Court's schedule permitting, that the status conference presently set for October 18, 2007 @ 11:00 a.m. be moved to any time during the afternoon hours of the same day.

Moving the status conference to the afternoon hours will permit undersigned counsel to travel to Boston on one of several flights available on the morning of 10/18/07, thereby avoiding a scheduling conflict based on an event in the late afternoon hours of 10/17/07. The last flight to Boston from Orlando on the 17th (in order to appear the morning of the 18th) is at approximately 7:30 p.m., requiring undersigned to check in at or before 6:30 p.m., too early to avoid the referenced conflict.

Pursuant to local rule, undersigned counsel certifies that upon contacting opposing counsel, Richard Holland, there was no objection to moving the status conference to 2:00 p.m. hours of October 18, 2007. Mass. L.R. 7.01.

WHEREFORE Plaintiff prays relief as set forth herein.

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 24, 2007.

/s/ Rosemary H. Hayes
Rosemary Hanna Hayes
Florida Bar No. 549509
Tina L. Caraballo
Florida Bar No. 0164275
Hayes & Caraballo, PL
Post Office Box 547248
Orlando, Florida 32854-7248
Tel. 407.649.9974 Ext. 214
Fax 407.649.9379
rhayes@const-law.com
*Counsel for Plaintiff*