# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
SOUTHEAST FLOATING DOCKS, INC.,
            Plaintiff

      v.                                     CIVIL ACTION NO.:
                                             05-11039-EFH
AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION,
AND THE TOWN OF PROVINCETOWN,
            Defendants.
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

October 18, 2007

HARRINGTON, S.D.J.

After hearing, the Court orders the Plaintiff, Southeast Floating Docks, Inc., to specify in writing, with as much specificity as reasonable, what document(s) it is seeking to have produced in addition to the so-called "51 documents" which have already been produced, on or before November 1, 2007.

The Defendant, Town of Provincetown, is ordered as to each document either 1) to produce said document; 2) assert a privilege; 3) state that it has already provided said document; or 4) state that said document does not exist, on or before November 15, 2007.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge