# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOUTHEAST FLOATING DOCK ESTATE FUND,<br>　　　　　Plaintiff,<br><br>　v.<br><br>AGM MARINE CONTRACTORS, INC., et al.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　CIVIL ACTION NO.:<br>)　05-11039-EFH<br>)<br>)<br>)<br>)<br>) |

## ORDER

November 20, 2007

HARRINGTON, S.D.J.

　　　　The Plaintiff has expressed uncertainty regarding some of the attachments to the SGH and FST records. The Plaintiff apparently cannot identify the documents that correspond to some of the attachments identified in the SGH and FST records. The Plaintiff is hereby ordered to specify the attachments about which it is uncertain so that the Defendant may assist the Plaintiff in identifying those documents to which the attachments refer. To facilitate this assistance, the Plaintiff should produce to the Defendant a copy of the CD ROM containing the documents scanned by the Plaintiff.

　　　　Moreover, in light of the Defendant's November 15, 2007 response, the Plaintiff is also ordered to specify the issues left for this Court to determine with respect to items 3 through 53 of the Plaintiff's Table 1.

The Plaintiff is ordered to respond on or before December 4, 2007.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge