UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHEAST FLOATING DOCK ESTATE FUND, )<br>　　　　　　Plaintiff, )<br>　)<br>　　v. )<br>　)<br>AGM MARINE CONTRACTORS, INC., )<br>et al. )<br>　)<br>　　　　　　Defendants. ) | CIVIL ACTION NO.:<br>05-11039-EFH |

## ORDER

January 2, 2008

HARRINGTON, S.D.J.

The Town of Provincetown is hereby ordered to produce to the Court, for *in camera* review, the documents listed in its privilege log of November 15, 2007. Provincetown should comply on or before January 16, 2008.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge