UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOUTHEAST FLOATING DOCK ESTATE FUND, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 05-11039-EFH |
| AGM MARINE CONTRACTORS, INC., et al. | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

February 21, 2008

HARRINGTON, S.D.J.

      The Plaintiff has argued that the Town's privilege log is insufficient under Fed. R. Civ. P. 45(d)(2)(A) because it is not sufficient to enable the Plaintiff to contest the Town's claims of privilege. Although the Town's log does provide salient information (such as the time of the communications and the parties thereto), some greater specificity may be helpful and may aid in the resolution of this matter. Accordingly, the Town is ordered to supplement its privilege log with a very brief characterization of the documents or other such additional information that might assist the Plaintiff in appraising the privileges asserted. In so doing, the Town is obviously not obligated to convey privileged information. The Town should comply by March 7, 2008.

      SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge