UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05CV11039EFH

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff

v.

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION,
AND THE TOWN OF PROVINCETOWN,

    Defendants

DEFENDANT TOWN OF PROVINCETOWN'S PRIVILEGE LOG PURSUANT TO DISTRICT COURT'S OCTOBER 18, 2007 ORDER, SUPPLEMENTED PURSUANT TO DISTRICT COURT'S <u>FEBRUARY 21, 2008 ORDER</u>

| NO. | DATE | FROM | TO | CC | DOC. TYPE | SUBJECT | SUMMARY OF CONTENTS |
|---|---|---|---|---|---|---|---|
| 1 | 12/12/2003 | DFG | JWG | KB | E-mail | Storm Damage | Request for legal advice in connection with the failure of the dock system during the December 2003 storm; and transmitting (1) copies of 12/10/03 and 12/11/03 memoranda of DFG to Building Committee and KB, respectively, regarding strategy to repair dock system, and (2) copy of notice of building committee meeting. |
| 2 | 12/12/2003 | RH | DFG | | E-mail | MacMillan Pier | Discussion regarding Town's search for expert witness. |
| 3 | 12/15/2003 | RH | DFG | | E-mail | MacMillan Pier | Discussion regarding remaining project work and contractor's insurance coverage. |
| 4 | 12/15/2003 | DFG | RH | | E-mail | Proposal for Engineering Services | Discussion regarding Town's search for expert witness and transmitting proposal of Childs Engineering Corp. |
| 5 | 12/16/2003 | RH | DFG | | E-mail | Proposal for Engineering Services | Discussion regarding Town's search for expert witness and proposal of Childs Engineering Corp. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | 12/16/2003 | RH | DFG | | E-mail | Proposal for Engineering Services | Discussion regarding contractor's insurance coverage. |
| 7 | 12/23/2003 | RH | DFG | | E-mail | MacMillan Pier | Discussion regarding removal of damaged dock system and payment for the removal. |
| 8 | 12/31/2003 | RH | DFG | | E-mail | MacMillan Pier Project | Discussion regarding payment for the removal of damaged dock system. |
| 9 | 02/04/2004 | RH | DFG | | E-mail | MacMillan Pier | Discussion regarding upcoming meeting with Childs Engineering Corp. |
| 10 | 02/09/2004 | KB | JWG | | E-mail | Provincetown Litigation | Discussion regarding litigation matters discussed by the BOS in executive session meeting. |
| 11 | 02/17/2004 | JWG | KB | DD | E-mail | Provincetown Litigation | Discussion regarding Town Counsel's search for expert witness. |
| 12 | 02/29/2004 | KB | JWG, DD, RH | DFG | E-mail | Dusenberry Proposal | Discussion regarding the proposal of Simpson, Gumpertz & Heger Inc. ("SGH"). |
| 13 | 03/02/2004 | DFG | RH | JWG, KB | E-mail | MacMillan Pier | Discussion regarding Town Counsel's discussions with SGH. |
| 14 | 03/08/2004 | DFG | KB | RH, ST | E-mail | MacMillan Pier | Discussion regarding SGH visit to project site and the re-installation of undamaged dock components. |
| 15 | 03/09/2004 | DFG | RH | ST, KB | E-mail | MacMillan Pier | Discussion regarding the making of a demand on AGM Marine Contractors Inc. ("AGM"). |
| 16 | 03/09/2004 | DFG | RH | | E-mail | Report to Town Manager on need for berthing | Transmitting 12/26/03 memo of DFG to KB regarding meeting to establish guidelines for small boat fisheries berthing at the pier. |
| 17 | 03/10/2004 | RH | DFG | | E-mail | Reinstallation Work | Transmitting for review by Town letter drafted by Town Counsel and addressed to counsel for AGM. |
| 18 | 03/10/2004 | DFG | RH | | E-mail | Reinstallation Work | Discussion regarding additional items to include in Town Counsel's draft letter to counsel for AGM. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19 | 03/10/2004 | DFG | RH | | E-mail | Reinstallation Work | Discussion regarding additional items to include in Town Counsel's draft letter to counsel for AGM. |
| 20 | 03/11/2004 | KB | DFG | JWG, ST, RH | E-mail | MacMillan Pier | Discussion regarding AGM's request for a meeting with the Town to discuss issues raised in Town Counsel's letter to counsel for AGM. |
| 21 | 03/15/2004 | DFG | RH KB | ST | E-mail | MacMillan Pier | Confirmation of upcoming meeting between Town and AGM. |
| 22 | 03/16/2004 | DFG | RH | KB | E-mail | MacMillan Pier | Confirmation of fax sent by Town to Town Counsel of certain weekly reports prepared by the clerk of the works for the project. |
| 23 | 03/17/2004 | DFG | RH | KB | E-mail | Notice of Warranty Claim | Discussion regarding Town's review of Town Counsel's draft warranty-claim letter to Southeast Floating Docks, Inc. ("Southeast"). |
| 24 | 03/26/2004 | RH | DFG | | E-mail | MacMillan Pier | Discussion regarding potential meeting between consultants for AGM and the Town. |
| 25 | 03/30/2004 | RH | DFG | | E-mail | MacMillan Pier | Discussion regarding status of SGH calculation of wave heights during December 2003 storm. |
| 26 | 04/01/2004 | RH | DFG | | E-mail | MacMillan Pier | Discussion regarding status of SGH calculation of wave heights during December 2003 storm. |
| 27 | 04/05/2004 | RH | DFG | | E-mail | MacMillan Pier Video Tape | Discussion regarding copy of video recording of December 2003 storm. |
| 28 | 04/06/2004 | RH | DFG | | E-mail | MacMillan Pier | Request for information regarding progress of re-installation of undamaged components of dock system. |
| 29 | 04/12/2004 | DFG | RH | KB | E-mail | MacMillan Pier/AGM Marine | Discussion regarding Southeast's request to view the dock system. |
| 30 | 04/12/2004 | DFG | RH | KB | E-mail | MacMillan Pier/AGM Marine | Discussion regarding Southeast's request to view the dock system, and upcoming meeting between Southeast, Town and AGM. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 31 | 05/25/2004 | DFG | RH | KB | E-mail | Provincetown MacMillan Pier | Discussion regarding SGH power point slides regarding wave heights and wind speed during December 2003 storm. |
| 32 | 06/16/2004 | RH | DFG | | E-mail | MacMillan Pier | Confirmation of Town Counsel's upcoming meeting with BOS. |
| 33 | 06/16/2004 | DFG | RH | | E-mail | MacMillan Pier | Confirmation of Town Counsel's upcoming meeting with BOS. |
| 34 | 06/29/2004 | KB | RH | | E-mail | MacMillan Pier Damage | Confirmation of BOS vote in executive session meeting authorizing Town Counsel to make claim against AGM and its surety, Zurich North America ("Zurich") and Southeast. |
| 35 | 07/26/2004 | RH | DFG | KB | E-mail | MacMillan Pier | Discussion regarding Zurich's request for meeting in response to Town's bond claim. |
| 36 | 07/27/2004 | DFG | RH | | E-mail | MacMillan Pier | Discussion regarding Zurich's request for meeting in response to Town's bond claim. |
| 37 | 07/27/2004 | RH | DFG | KB | E-mail | MacMillan Pier | Confirmation of meeting between Town, AGM and Zurich. |
| 38 | 08/31/2004 | RH | DFG | KB | E-mail | Floating Dock System | Discussion regarding meeting between Town, AGM and Zurich and AGM's expression of willingness to install a new dock system for the Town. |
| 39 | 09/03/2004 | KB | DFG | RH, MJ | E-mail | MacMillan Pier Repairs | Discussion regarding options for repair of the dock system. |
| 40 | 09/03/2004 | DFG | KB | RH, MJ | E-mail | MacMillan Pier Repairs | Transmitting, and discussion regarding, DFG's incomplete draft report about Town's strategy for litigation and for the repair of the dock system. |
| 41 | 09/08/2004 | KB | DFG | RH, MJ | E-mail | MacMillan Pier Repairs | Confirmation of upcoming BOS executive session meeting regarding repair options for the dock system. |
| 42 | 09/08/2004 | DFG | RH, KB | | E-mail | MacMillan Pier Repairs | Discussion regarding need for Town Counsel to attend upcoming executive session meeting of BOS. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 43 | 09/09/2004 | DFG | RH, KB | | E-mail | MacMillan Pier Repairs | Discussion of upcoming executive session meeting of BOS, and Town Counsel's opinion regarding settlement. |
| 44 | 09/09/2004 | KB | RH, DFG | | E-mail | MacMillan Pier Repairs | Discussion regarding upcoming executive session meeting of BOS and Town Counsel's opinion regarding possible settlement. |
| 45 | 09/22/2004 | KB | DFG | RH | E-mail | MacMillan Pier Repairs | Discussion regarding upcoming executive session meeting of BOS and Town Counsel's opinion regarding possible settlement. |
| 46 | 10/20/2004 | RH | DFG | | E-mail | MacMillan Pier | Discussion regarding status of settlement negotiations between Town and AGM. |
| 47 | 11/15/2004 | RB | KB, DFG | RH, MJ | E-mail | MacMillan Pier-Floating Dock System | Discussion regarding status of review of potential repair options for dock system. |
| 48 | 11/15/2004 | KB | DFG, RB | RH, MJ | E-mail | MacMillan Pier-Floating Dock System | Discussion regarding status of review of potential repair options for dock system. |
| 49 | 11/16/2004 | KB | RM | RH, MJ, DFG, RB | E-mail | MacMillan Pier-Floating Dock System | Discussion regarding status of review of potential repair options for dock system. |
| 50 | 11/22/2004 | RH | DFG | | E-mail | MacMillan Pier-Pier Corp. | Discussion regarding consensus on the layout of the dock system to service the fleet. |
| 51 | 11/30/2004 | DFG | RH | KB | E-mail | MacMillan Pier | Discussion regarding the Pier Corporation's plan for the restoration of the dock system; and transmitting notice of 12/13/04 public hearing. |
| 52 | 12/06/2004 | DFG | RH | JWG, KB | E-mail | Matrix for Litigation | Transmitting, and discussion regarding, list of Town's options in litigation prepared at the request of Town Counsel (the "Litigation Matrix"). |
| 53 | 12/09/2004 | KB | DFG, JG, DD, RH | | E-mail | Matrix for Litigation | Discussion regarding fax from Town Counsel and Litigation Matrix; and transmitting copy of Litigation Matrix. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 54 | 12/10/2004 | RH | DFG, KB, DD | | E-mail | MacMillan Pier | Transmitting, and discussion regarding, the Litigation Matrix and Town Counsel's revisions to the same. |
| 55 | 12/10/2004 | KB | RH | | E-mail | Floating Docks-Revised Matrix for Litigation | Transmitting, and discussion regarding, the Litigation Matrix and Town Counsel's revisions to the same. |
| 56 | 12/10/2004 | KB | RH, DD | JWG | E-mail | Floating Dock recommend Joint Memo | Transmitting to the Town Counsel a copy of a 11/12/07 memorandum from the Building Committee and Pier Corporation to KB and BOS regarding options for the repair of the dock system. |
| 57 | 12/13/2004 | DFG | KB | | E-mail | Floating Dock recommend Joint Memo | Discussion regarding concerns voiced to the Town by Town Counsel. |
| 58 | 01/11/2005 | RH | DFG | | E-mail | MacMillan Pier | Request for information regarding details of dock system that AGM has agreed to install. |
| 59 | 01/14/2005 | RH | DFG | KB | E-mail | MacMillan Pier/Settlement Agreement | Transmitting, and discussion regarding, draft of settlement agreement between Town and AGM. |
| 60 | 01/14/2005 | RH | DFG | KB | E-mail | MacMillan Pier/Settlement Agreement | Transmitting, and discussion regarding, draft of settlement agreement between Town and AGM. |
| 61 | 01/25/2005 | RH | DFG | KB | E-mail | MacMillan Pier | Request for comments regarding draft settlement agreement and information regarding timber floats to be installed by AGM. |
| 62 | 02/02/2005 | DFG | RH | JWG, KB, ST | E-mail | MacMillan Pier/Settlement Agreement | Discussion regarding the type of floats to be installed by AGM as part of the settlement with the Town. |
| 63 | 02/03/2005 | RH | DFG | KB | E-mail | AGM/Settlement Agreement | Transmitting, and discussion regarding, draft settlement agreement. |
| 64 | 02/14/2005 | RH | KB | DFG | E-mail | MacMillan Pier | Discussion regarding revisions to settlement agreement proposed by AGM's counsel. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | 02/17/2005 | RH | DFG | | E-mail | MacMillan Pier | Discussion regarding cost and plan of the remedial work to be performed by AGM as part of the settlement with the Town. |
| 66 | 02/17/2005 | RH | DFG | | E-mail | MacMillan Pier | Discussion regarding cost and plan of the remedial work to be performed by AGM as part of the settlement with the Town. |
| 67 | 02/25/2005 | RH | DFG | | E-mail | Floating Dock | Transmitting, and discussion regarding, a revised settlement agreement between the Town and AGM. |
| 68 | 02/28/2005 | RH | DFG | | E-mail | Floating Dock | Discussion regarding the remedial dock system proposed to be installed by AGM; and transmitting, and discussion regarding, revised settlement agreement and technical specification for inclusion therein. |
| 69 | 03/02/2005 | RH | DFG | KB | E-mail | Floating Dock Settlement Agreement | Transmitting, and discussion regarding, draft of settlement agreement between the Town and AGM. |
| 70 | 03/04/2005 | RH | DFG | KB | E-mail | MacMillan Pier | Discussion regarding the specification proposed to be included in the settlement agreement by AGM; and transmitting, and discussion regarding, revised settlement agreement. |
| 71 | 03/14/2005 | RH | DFG | | E-mail | MacMillan Pier | Request for information regarding status of settlement agreement. |
| 72 | 03/14/2005 | RH | DFG | | E-mail | MacMillan Pier | Request for information regarding status of settlement agreement. |
| 73 | 03/21/2005 | DFG | RH | KB | E-mail | MacMillan Pier | Discussion regarding Town's comments on settlement agreement and specification attached thereto. |
| 74 | 03/22/2005 | RH | DFG | KB | E-mail | Floating Dock | Discussion regarding SGH review of submittals during the installation of the new dock system by AGM. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 75 | 03/22/2005 | RH | DFG | | E-mail | AGM/MacMillan Pier | Request for copy of change order for inclusion as exhibit to settlement agreement. |
| 76 | 03/22/2005 | RH | DFG | | E-mail | Floating Dock | Request for copy of change order for inclusion as exhibit to settlement agreement. |
| 77 | 03/28/2005 | DFG | RH | KB | E-mail | MacMillan Pier | Discussion regarding AGM's signing of the settlement agreement. |
| 78 | 03/31/2005 | RH | KB | DFG | E-mail | MacMillan Pier | Discussion regarding fax of letter to Town. |
| 79 | 04/19/2005 | RH | DFG | | E-mail | Provincetown Release | Transmitting, and discussion regarding, release agreement between SGH and Town in connection with SGH's administration of the repair work to be performed by AGM. |
| 80 | 04/20/2005 | DFG | RH, KB | | E-mail | SGH Release | Discussion regarding, release agreement between SGH and Town in connection with SGH's administration of the repair work to be performed by AGM. |
| 81 | 02/03/2004 | KB | JWG | BOS, DFG | Facsimile | Floating Dock Costs | Transmitting to Town Counsel copy of 1/30/04 memo from ST to KB regarding costs of removal of the damaged dock system. |
| 82 | 02/06/2004 | RH | KB | | Facsimile | MacMillan Pier Reconstruction | Discussion regarding Town Counsel's opinion of the Town's claims arising out of the failure of the dock system. |
| 83 | 02/27/2004 | RH | KB | BOS, DFG | Memo | MacMillan Pier Reconstruction | Discussion regarding Town Counsel's efforts to retain an expert witness to review the failure of the dock system; and transmitting copy of resume of Don Dusenberry, P.E., of SGH. |
| 84 | 03/29/2004 | RH | DFG | | Facsimile | MacMillan Pier | Fax cover sheet transmitting March 24, 2004 letter of Attorney Rosemary Hayes to Town Counsel. |
| 85 | 06/24/2004 | RH | KB | DFG | Facsimile | MacMillan Pier Reconstruction | Discussion regarding Town Counsel's opinion of the Town's claims arising out of the failure of the dock system. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 86 | 09/10/2004 | KB | RH | | Facsimile | Floating Dock System | Fax cover sheet transmitting copy of 9/13/04 Agenda Action Request memorandum from KB to BOS regarding Town's litigation strategy. |
| 87 | 12/09/2004 | RH | KB | | Facsimile | MacMillan Pier Reconstruction | Discussion regarding Town Counsel's efforts to retain an expert witness to review the failure of the dock system. |
| 88 | 12/10/2004 | RH | KB | | Facsimile | MacMillan Pier Reconstruction | Transmitting, and discussion regarding, the Litigation Matrix. |
| 89 | 12/14/2004 | KB | RH | | Facsimile | Restoration of the MacMillan Pier Floating Dock System | Fax cover sheet transmitting copy of 12/14/04 memo from KB to DFG and RM regarding Town's plan for the repair of the dock system. |
| 90 | 03/31/2005 | RH | KB | DFG | Facsimile | MacMillan Pier, Floating Dock System | Transmitting, and discussion regarding, the settlement agreement signed by AGM. |
| 91 | 03/31/2005 | PH | RH | KB, BOS | Letter | Settlement Agreement/Signature Page | Transmitting signature page of settlement agreement signed by Town. |

John W. Giorgio, Esq. (JWG) – Kopelman and Paige, P.C., Town's counsel.
Keith Bergman (KB) – Town Manager.
David F. Guertin (DFG) – Director, Town's Dept. of Public Works.
Richard Holland, Esq. (RH) – Kopelman and Paige, P.C., Town Counsel.
David Doneski, Esq. (DD) – Kopelman and Paige, P.C.
Sandra Turner (ST) – Deputy Director, Town's Dept. of Public Works.
Michelle Jarusiewicz (MJ) – Assistant Town Manger.
Regina "Ginny" Binder (RB) – Building Committee Member.
Rex McKinsey (RM) – MacMillan Pier Manager.
Board of Selectmen (BOS) – Provincetown Board of Selectmen.
Pam Hudson (PH) – Secretary to the Town Manager.

330966v3/24207/0008