# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SOUTHEAST FLOATING DOCKS, INC.,

        Plaintiff

        v.                         CIVIL ACTION NO.:
                                   05-11039-EFH

AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION,
AND THE TOWN OF PROVINCETOWN,

        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

March 10, 2008

HARRINGTON, S.D.J.

    The Town has submitted a detailed privilege log. If Southeast wishes to raise any objections to any particular item or items, it should do so by March 21, 2008. Southeast should specify, as to each item to which it objects, the basis of the objection.

    SO ORDERED.

                                  /s/ Edward F. Harrington
                                  EDWARD F. HARRINGTON
                                  United States Senior District Judge