## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SOUTHEAST FLOATING DOCKS, INC.,

      Plaintiff

      v.                                         CIVIL ACTION NO.:
                                                    05-11039-EFH
AGM MARINE CONTRACTORS, INC.,
CHILDS ENGINEERING CORPORATION,
AND THE TOWN OF PROVINCETOWN,

      Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

May 19, 2008

HARRINGTON, S.D.J.

    The Court issued an Order on April 14, 2008 resolving the issues involved in this case and, there being no motions pending, the Court orders the above case closed.

    SO ORDERED.

                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge